**Exhibit A to the Complaint**

**Location:** Santa Clara, CA

**Total Works Infringed:** 34

**IP Address:** 24.23.147.29

**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | AB580395B96BF990204A862F8C1507FDD8B14AC6 | 05/16/2025 03:08:39 | Blacked Raw | 05/09/2023 | 05/14/2023 | PA0002411297 |
| 2 | 83a363256b13dc85f78387efb63f13747bd10f33 | 05/24/2025 10:37:28 | Blacked | 03/29/2025 | 04/22/2025 | PA0002527042 |
| 3 | 1de23eaab395a0d104a8d0e6700798bcc805ccfa | 05/17/2025 07:55:40 | Vixen | 05/16/2025 | 05/21/2025 | PA0002531817 |
| 4 | b463e84a0aed323ca613c958af3d5f943e4b8cd6 | 05/17/2025 07:54:37 | Blacked Raw | 04/11/2025 | 04/22/2025 | PA0002526983 |
| 5 | 978f5fe7a28da38411d7896274648d9f492f7a11 | 05/17/2025 07:53:24 | Blacked Raw | 04/06/2025 | 04/22/2025 | PA0002526951 |
| 6 | 0e1e34b158c35e6e961ddb5cf96f47313714bd89 | 05/17/2025 07:53:10 | Blacked Raw | 03/27/2025 | 04/22/2025 | PA0002526990 |
| 7 | 77c0c263a9c78a0084f7f427ab5db6cf435829d4 | 05/17/2025 07:51:57 | Blacked Raw | 05/11/2025 | 05/20/2025 | PA0002531798 |
| 8 | 593caae9bb7b2683ace990080a1b8f1f5b407d72 | 05/17/2025 07:51:42 | Blacked Raw | 05/01/2025 | 05/20/2025 | PA0002531794 |
| 9 | f14bc7f41fd28d9682a82d87b4047102ba26c117 | 05/10/2025 19:43:50 | Blacked | 10/25/2024 | 11/18/2024 | PA0002500986 |
| 10 | 19f929829ea30c6dc1c5676d5275c9c5b17f74af | 05/10/2025 00:00:16 | Vixen | 12/06/2024 | 12/13/2024 | PA0002506273 |
| 11 | bb0ff4c0dddb9fe6b39b44ef1aaf164466502f4e | 05/09/2025 07:57:36 | Blacked Raw | 03/05/2023 | 04/07/2023 | PA0002405735 |
| 12 | 763f84600e8e2d2f661090d49fd7615e2afe8c03 | 05/08/2025 09:27:01 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 13 | b80084c0aec8c29de085c84a6229da1bc319512e | 05/08/2025 07:53:50 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 14 | 6a8a203952df07c7609c1c8451abc842d8e5b400 | 04/16/2025 06:39:18 | Vixen | 04/11/2025 | 04/23/2025 | PA0002527326 |
| 15 | 3925b569e63c5afb56efa3de6eb29b384d5c9876 | 04/16/2025 06:34:26 | Tushy | 04/13/2025 | 04/28/2025 | PA0002527846 |
| 16 | 01b784ae84b951fbe918b4823a5515e6fb2d6ea8 | 04/10/2025 06:59:35 | Blacked | 03/09/2025 | 03/25/2025 | PA0002521745 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 445675e4aa75629ca6116529ba1892ad9b750975 | 04/10/2025 06:55:22 | Blacked | 04/03/2025 | 04/22/2025 | PA0002526946 |
| 18 | 76cc79262e78a117e55e4a5be073e391199a82e0 | 04/10/2025 06:52:03 | Blacked | 03/14/2025 | 03/25/2025 | PA0002521742 |
| 19 | 4037f2b316fb7eaecc146de692c4620fe8b1f3cf | 04/10/2025 06:52:02 | Blacked | 03/24/2025 | 04/22/2025 | PA0002527034 |
| 20 | CB6DAC65C7A3DE9B37D49417F57E49B70C64B844 | 01/08/2025 02:58:29 | Blacked Raw | 05/13/2024 | 06/18/2024 | PA0002476936 |
| 21 | E3CA28B7131BCD21CCA2338937ADC52BB0B7D268 | 06/19/2024 11:18:30 | Blacked | 03/25/2023 | 04/07/2023 | PA0002405756 |
| 22 | FFC4BF27C13C39C39D4A6317911A95109DC2AF04 | 06/19/2024 08:17:28 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 23 | 4A512DF3FDD7B7C95FAA9251585D4D98B8458066 | 06/19/2024 08:15:28 | Vixen | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 24 | FDBA1C891B04C814039A63E756072DD1874E8604 | 06/19/2024 08:15:18 | Blacked Raw | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 25 | 53c91b9f8c5baffa5085ca7291a9a7af3ae2518d | 06/19/2024 03:19:16 | Blacked | 04/16/2022 | 04/23/2022 | PA0002346424 |
| 26 | 829b0dd3af7c89e26a3c20c7b256b9f9698e2263 | 06/19/2024 02:54:05 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 27 | 7B0565BED4922E06B8A01BE541895ED9FA55938E | 06/19/2024 02:48:13 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 28 | d7cff732fe6c5e4338a52d1a5efa73df6abe23db | 06/14/2024 06:19:08 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 29 | ae143a27505872a8b162f7739b1a307b993d294d | 06/14/2024 04:39:13 | Blacked Raw | 05/24/2021 | 06/24/2021 | PA0002303153 |
| 30 | 7EDFC4C46F37E97CC18EC0BDA54E29D4ED4EAEA8 | 06/14/2024 04:25:43 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 31 | F5359745A35B8370BD7CB9353B3C545A23458FB7 | 06/14/2024 04:25:19 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 32 | 64fb449480412f50cfec3089b2ba7b2d4418a26e | 06/14/2024 02:52:59 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |
| 33 | B000EA1D1D91BB31DE0A1C6A8B78C3854CE21E99 | 06/14/2024 01:22:26 | Blacked Raw | 08/15/2022 | 08/29/2022 | PA0002367735 |
| 34 | A9E707072EBD8F3B8FCB9B7F456A9FA3E5CF6E9B | 06/14/2024 01:22:05 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |