Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

*Attorney for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 24.23.147.29,<br><br>Defendant. | Case No. 5:25-cv-04762-BLF-NC<br><br>Honorable Beth Labson Freeman<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.23.147.29** |

APPROVED
/s/ Beth Labson Freeman
Judge Beth Labson Freeman

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 24.23.147.29, are voluntarily dismissed with prejudice.

Dated: August 11, 2025

Respectfully submitted,
By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
LAW OFFICES OF LINCOLN BANDLOW, PC
*Attorney for Plaintiff*

1